# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0074. ANTIONE CROSS v. MONIKA CROSS.**

Antione Cross has filed an emergency motion requesting an extension of time to file an application for discretionary appeal from a DeKalb County Superior Court order entered on January 23, 2025. The motion is hereby granted and Cross is given until March 24, 2025 to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  02/21/2025

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.